**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carrie T. Williams** | Social Security number or ITIN   **xxx–xx–0910** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **19–07398**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carrie T. Williams

July 9, 2019                     **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                      United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                 Case No. 19-07398-JBS
Carrie T. Williams                                                     Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin               Page 1 of 1            Date Rcvd: Jul 09, 2019
                              Form ID: 318              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db             +Carrie T. Williams,    6308 S. Campbell,   Chicago, IL 60629-1218
27648576       +Ad Astra Recovery Serv,    7330 W 33rd St N Ste 118,   Wichita, KS 67205-9370
27648577        Ars Account Resolution,    1643 Nw 136 Ave Bld H St,   Sunrise, FL 33323
27648578        City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
                 Chicago, IL 60680-1292
27648579       +City of Chicago Parking,    Department of Finance,   P. O. Box 6330,    Chicago, IL 60680-6330
27648583       +Eqtyprmgmt,   200 W 75th Place,    Merrillville, IN 46410-4702
27648587       +Kia Motors Finance,   10550 Talbert Ave,    Fountain Valley, CA 92708-6031
27648588       +Ncc Business Svcs Inc,    Po Box 24739,   Jacksonville, FL 32241-4739
27648590       +Secretary of State,   Attn: Bankruptcy Department,    PO Box 7848,    Madison, WI 53707-7848
27648591        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
27648592       +Trust Rec Sv,   541 Otis Bowen Drive,    Munster, IN 46321-4158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BECRANE.COM Jul 10 2019 05:58:00      Eugene Crane,    Crane Simon Clar & Dan,
                 135 S Lasalle Ste 3705,    Chicago, IL 60603-4101
27648580        E-mail/Text: karmstrong@cdac.biz Jul 10 2019 02:21:38       Creditors Discount & A,
                 415 E. Main St.,    Streator, IL 61364
27648581       +EDI: NAVIENTFKASMDOE.COM Jul 10 2019 05:58:00      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
27648582       +EDI: DCI.COM Jul 10 2019 05:58:00      Diversified Consultant,    10550 Deerwood Park Blvd.,
                 Jacksonville, FL 32256-0596
27648584       +EDI: PHINHARRIS Jul 10 2019 05:58:00      Harris & Harris, Ltd,   111 West Jackson Blvd,
                 Suite 400,    Chicago, IL 60604-4135
27648586       +EDI: IIC9.COM Jul 10 2019 05:58:00      I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
27648589       +EDI: DRIV.COM Jul 10 2019 05:58:00      Santander Consumer USA,    Bankruptcy Department,
                 PO BOX 961245,    Fort Worth, TX 76161-0244
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27648585      ##+Hertg Accpt,   1420 S Michigan,   South Bend, IN 46613-2214
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Carrie T. Williams davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Eugene Crane    ecrane@cranesimon.com,
               il41@ecfcbis.com;jmunoz@cranesimon.com;dkobrynski@cranesimon.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```